**DISMISS; and Opinion Filed February 19, 2019.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00167-CV

**HKS/WS, A JOINT VENTURE, Appellant**
**V.**
**HALFF ASSOCIATES, INC., Appellee**

**On Appeal from the 14th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-17-17458**

## MEMORANDUM OPINION

Before Justices Brown, Schenck, and Pedersen, III
Opinion by Justice Brown

Before the Court is appellant's February 11, 2019 agreed motion to dismiss the appeal. We

grant the motion. *See* TEX. R. APP. P. 42.1(a)(1).

We dismiss this appeal.

/Ada Brown/
ADA BROWN
JUSTICE

190167F.P05



## Court of Appeals
## Fifth District of Texas at Dallas
# JUDGMENT

HKS/WS, A JOINT VENTURE, Appellant

No. 05-19-00167-CV     V.

HALFF ASSOCIATES, INC., Appellee

On Appeal from the 14th Judicial District Court, Dallas County, Texas
Trial Court Cause No. DC-17-17458.
Opinion delivered by Justice Brown, Justices Schenck and Pedersen, III participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that each party bear its own costs of this appeal.

Judgment entered this 19th day of February, 2019.